# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTINA ARMENAKIS, | Case No. 3:22-cv-01573-WHO |
| Plaintiff, | (**PROPOSED**) ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 22, 2022

_____
Honorable William H. Orrick
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4862-2426-9107 v1

- 1 -

CASE NO. 3:22-cv-01573-WHO
ORDER TO DISMISS ENTIRE ACTION
WITH PREJUDICE